**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Kelly Babstock | : | 3:25-cv- |
| Plaintiff | : | |
| v. | : | Complaint |
| | : | |
| Anya Packer, Madison Packer, and | : | |
| IHEARTMEDIA + ENTERTAINMENT, INC. | : | |
| Defendants | : | |

Now comes Kelly Babstock ("Kelly"), of Norwalk, Connecticut, and complains of the Defendants:

Anya Packer and Madison Packer (the "Packers") of Stamford, Connecticut, and IHEARTMEDIA + ENTERTAINMENT, INC. ("IHEARTMEDIA") of San Antonio, Texas,

as follows.

## Jurisdiction, Standing, Venue

1. The Court has personal jurisdiction over Anya Packer and Madison Packer because they are residents of Stamford, Connecticut.

2. The Court has personal jurisdiction over IHEARTMEDIA under Connecticut's long arm statute (Conn. Gen. Stat. § 52-59b) because IHEARTMEDIA is a registered foreign corporation doing business in the State of Connecticut.

3. The Court has subject matter jurisdiction under 15 U.S.C. § 1116 and § 1117, related to trade mark infringement.

4. Kelly has standing as the owner of the trade mark MOMS WHO PUCK, U.S. ® 7273632, which is the Mark that she complains the Defendants infringe.

5. Venue is proper as to Anya Packer and Madison Packer as they are residents of Connecticut.

6. Venue is proper as to IHEARTMEDIA as it is a national corporation doing business in the State of Connecticut and can easily attend to legal matters in this Court.

## Nature of the Case

7. This is a case of trade mark infringement.

8. Kelly is the owner of the Mark. See Exhibit A, TSDR Record.

9. Kelly complains that the Defendants have been infringing on the Mark since as early as November 4, 2024.

## Kelly's Use of the Mark

10. Kelly has used the Mark since as early as August 2021 to identify herself as the source of classes, workshops, seminars and instructional camps for mothers in the field of hockey.

11. Kelly used the Mark in association with her women's amateur club hockey organization on August 20, 2021. See Exhibit B, @MomsWhoPuck X.

12. Moms Who Puck was reported on by News12 Connecticut on March 1, 2022. See Exhibit C, News12 Report.

13. Kelly most recently used the Mark on December 5, 2024. See Exhibit D, Moms Who Puck Holiday Skate.

14. Kelly has operated the Moms Who Puck amateur club hockey organization continuously since August 2021.

### The Packers' Knowledge of the Mark

15. The Packers knew of the Mark and Plaintiff's use of the Mark as early as August 2021, when Kelly first used the Mark and discussed it with the Packers.

16. In or about August 2021, after seeing Kelly's social media posting, Anya Packer expressed that she "loved" the idea of Moms Who Puck and wanted to join (she had just retired from professional hockey).

17. As early as November 2024, the Packers knew that Kelly owned the registration for the Mark. Madison Packer discussed this with her teammates.

### The Defendants' Infringement of the Mark

18. November 4, 2024, the Defendants launched a podcast called "Moms Who Puck", which was described as a "Two-Mom Pro Hockey Couple" "Parenting Podcast". See Exhibit E, Mombian Release.

19. A parenting podcast hosted by a two-mom (former) pro hockey couple is a natural expansion of "classes, workshops, seminars" for mothers in the field of hockey.

20. As such, the Defendants' use of the Mark for a parenting podcast hosted by a two-mom pro hockey couple is likely to cause confusion among consumers regarding who is the source of Kelly's "classes, workshops, seminars and instructional camps" or the Defendants' podcast. Such likelihood of confusion demonstrates an infringement on Kelly's rights in the Mark.

21. Kelly and the Packers were teammates for years and have many common fans. Accordingly, there is actual consumer confusion regarding whether the Defendants' podcast is affiliated with or endorsed by Kelly. Such actual consumer confusion demonstrates an infringement on Kelly's rights in the Mark.

22. The use of "Moms Who Puck" for the Defendants' podcast is a counterfeit of the Mark within the meaning of 15 U.S.C. § 1116(d).

## Kelly Warned the Defendants and They Continue to Infringe

23. November 14, 2024, at 8:21 pm, Kelly texted the Packers asking them to change the name of their podcast due to their prior knowledge of her Mark and the infringement of the podcast name on Kelly's rights in the Mark. Anya Packer responded "Hey Kelly, I'm shocked to get this message. Firstly, I completely apologize. We talked to Nina [a Moms Who Puck **participant**] about this and she

was completely for us using the name and thought nothing of this nor mentioned it was still active. … We would be interested in acquiring the trademark from you …." See Exhibit F, Text Screenshots. At 9:05 pm, Anya Packer registered MOMS WHO PUCK LLC with the Connecticut Secretary of State. See Exhibit G, LLC Registration.

24. The conversation that Madison Parker had with "Nina", on or about August 25, 2024, was substantially this:

"Madison had told me (Nina) that you (Kelly) gave them permission to use the name. I thought that was weird cause I (Nina) know how much "moms who puck" means to you (Kelly). Madison told me that she had a full conversation with you (Kelly) and you said that you (Kelly) gave them approval of using the name and that it was okay for them (Anya and Madison) to use the 'moms who puck' name."

25. No conversation ever happened between Kelly and Madison Packer about Moms Who Puck.

26. December 30, 2024, undersigned counsel sent a previous draft of this Complaint and Exhibits A–F to the Packers at their personal e-mail addresses, to Courtney Kan (Director, Business Affairs for IHEARTMEDIA) at her business e-mail address, and to Juvenal Rodriguez (IHEARTMEDIA's business e-mail contact as recorded by the Connecticut Secretary of State).

27. December 31, 2024, Anya Packer responded: "The name is valueless to us, we have started the process to change our podcast name. Had Kelly responded to our initial correspondence we would have been willing to explore a fruitful and mutually beneficial partnership." See Exhibit H, Anya Packer e-mail chain.

28. But the name Moms Who Puck clearly had value to Defendants; otherwise, they would not have stolen it and lied about stealing it. The only "partnership" that the Defendants were interested in exploring would be an abusive one in which Kelly meekly ratified their theft of the Mark.

29. Defendants have not changed their podcast name. Defendants continue to infringe on Kelly's rights in the Mark. See Exhibit J, Moms Who Puck podcast landing page accessed 2025-01-04.

## Prayer for Relief

WHEREFORE, Kelly prays that the Court award:

- the Defendants' profits.

- Kelly's damages.

- the costs of the case.

- three times the Defendants' profits, under 15 U.S.C. § 1117(b)(1).

- statutory damages for the Defendants' infringement of the Mark, under 15 U.S.C. § 1117(c)(1).

- statutory damages for the Defendants' willful infringement of the Mark, under 15 U.S.C. § 1117(c)(2).

- reasonable attorney's fees for this case being exceptional due to the Defendants' actual knowledge of Kelly's rights in the Mark and repeated refusals to desist from infringement.

Respectfully submitted,

Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996

VERIFICATION

I, Kelly Babstock, being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. Any documents attached to the Complaint are true and correct copies of those documents as described in the Complaint.

signed: ..*KBabstock*............  1/6/25

Here appeared before me, via Google Meet, the person named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, a voluntary signature and an oath or affirmation vouching for the truthfulness and completeness of the foregoing.

Alan Harrison
Commissioner of Conn. Superior Court
431816

Date.......2025-01-06..............

Place.......Milford, Connecticut..............