**BABSTOCK V PACKERS et al**

**Exhibit A**

**TSDR Record**

> **For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-12-28 18:40:33 EST |
| Mark: | MOMS WHO PUCK |

*Moms Who Puck*

| | | | |
|---|---|---|---|
| US Serial Number: | 97305224 | Application Filing Date: | Mar. 10, 2022 |
| US Registration Number: | 7273632 | Registration Date: | Jan. 16, 2024 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Jan. 16, 2024 | | |
| Publication Date: | Oct. 31, 2023 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | MOMS WHO PUCK |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Providing classes, workshops, seminars and instructional camps for mothers in the field of hockey | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE | | |
| First Use: | Aug. 24, 2021 | Use in Commerce: | Aug. 24, 2021 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | BABSTOCK, KELLY |

| | |
|---|---|
| **Owner Address:** | 15 SHOREFRONT PARK<br>NORWALK, CONNECTICUT UNITED STATES 06854 |
| **Legal Entity Type:** INDIVIDUAL | **Citizenship:** UNITED STATES |

### Attorney/Correspondence Information

**Attorney of Record -** None

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | BABSTOCK, KELLY<br>15 SHOREFRONT PARK<br>NORWALK, CONNECTICUT United States 06854 |
| **Correspondent e-mail:** [kmhbabstock@gmail.com](mailto:kmhbabstock@gmail.com) | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative -** Not Found

### Prosecution History

### TM Staff and Location Information

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load