**BABSTOCK V PACKERS et al**

**Exhibit B**

**@MomsWhoPuck X**

X

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Alan Harrison
@AlanHarris71743

Follow

**Moms Who Puck**
@MomsWhoPuck

Hockey Skills Clinics for Women

📍 Beyond the Minivan   🔗 connecticut.news12.com/local-women-re…
📅 Joined August 2021

8 Following   12 Followers

Not followed by anyone you're following

Posts          Replies          Media

**You might like**

Colorado R
@CORubbe

Ryan Matla
@ryanmatla

Midland Wo
@Midland_W

Show more

**What's happe**

Bron
LIVE

Trending in United Sta
**Anae**

Sports · Trending
**Michkov**

Cam Ward · Trending
**Cam Ward**
12K posts

Entertainment · Trend
**Fonzie**

Show more

Terms of Service   Priv
Accessibility   Ads inf

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

**Post**

1 · 1

Moms Who Puck @MomsWhoPuck · Aug 20, 2021

Attention ladies: learn to play #hockey in a safe, supportive, and fun environment!
👠🏒🍺
#momswhopuck #beyondtheminivan #milp #nwhl #womenshockey #girlshockey #hockeyplayers #hockeyplayer #icehockey #hockeymoms #hockeymom #momslife #momlife #moms #mom #minivans #minivan

Nina B Clarke and SoNo Ice House

2

**You might lik**

Colorado R
@CORubbe

Ryan Matla
@ryanmatla

Midland W
@Midland_V

Show more

**What's happe**

Bron
LIVE

Trending in United Sta
Anae

Sports · Trending
Michkov

Cam Ward · Trending
Cam Ward
12K posts

Entertainment · Trend
Fonzie

Show more

Terms of Service Priv
Accessibility Ads inf

Alan Harrison
@AlanHarris71743

