**BABSTOCK V PACKERS et al**

**Exhibit C**

**News12 Report**

News 12 New York    Download the News 12 Mobile App    Where to Watch    Hot Holiday Toys

news12 CONNECTICUT

LOCAL  WEATHER  CRIME  POWER & POLITICS  THE EAST END  CRIME FILES    43°    LIVE

LOCAL  WEATHER  CRIME  POWER & POLITICS  THE EAST END  CRIME FILES

# Local women redefine what being a 'hockey mom' means with Norwalk team

The term "hockey moms" usually means mothers who shuttle their kids to the rink and cheer them on from the stands. But some local women have redefined that role forming their own hockey team.

News 12 Staff  •  Mar 1, 2022, 6:41 PM  •  Updated 1,009 days ago

Share:





### LAST chance for 2x impact

Neighbors facing hunger need your help! $3.25 provides not one, but TWO meals by 12/31. See how!

Bridgeport Rescue Mission

**LEARN MORE**

**More Stories**



1:34

'Seems like yesterday.' Bridgeport couple...



2:28

Asian Pacific American Heritage Month: Tamm...



Send us your positive story ideas!



2:14

Event raises funds for beloved Stamford...


Greenwich teen's nonprofit holds 1st annual golf...


'Winners never give up.' Spelling unlocks once...


'Seems like yesterday.' Bridgeport couple...


Asian Pacific American Heritage Month: Tamm...


Send us your positive story ideas!


Event raises funds for beloved Stamford...


Greenwich teen's nonprofit holds 1st annual golf...


'Winners never give up.' Spelling unlocks once...

The term "hockey moms" usually means mothers who shuttle their kids to the rink and cheer them on from the stands. But some local women have redefined that role forming their own hockey team called Moms Who Puck.

On the first day of Women's History Month, News 12 met the moms at the SoNo Ice House in Norwalk, where they practice twice a week.

"We drop our kids off at school, and we come to the rink," said Nina Clarke, captain of Moms Who Puck.

Clarke has two kids who play hockey. She said for years she talked a big game about forming a moms team, but never did.

"It wasn't until COVID that really changed our perspective. Like what are we waiting for?" Clarke told News 12. "It made us realize, let's get out there and have fun."

Clarke and coach Kelly Babstock started the team last March. Babstock is from Ontario, Canada and spent four years playing hockey for Quinnipiac University. She currently plays with the Metropolitan Riveters in the Premiere Hockey Federation and also coaches youth hockey in Fairfield County. Babstock said she's been wanting to get moms on the ice for a while.

"Coaching them is awesome," Babstock said. "You know, it's every level. Some of them have skated before, and some of them are brand new to the sport and skating, and it's been great. They're all motivated."

"She's such an incredible role model and such an incredible hockey coach and a hockey player. She teaches all of us what we need to know," said Clarke.

The team is made up of 25 women, nearly all of them from across Fairfield County. Clarke called it a "great escape" for moms. When they hit the ice, everything else melts away.

"It's a good way for us to connect," explained Clarke. "It's all about women supporting women, right? We're all high fiving each other. We're all cheering for each other. We have each other's backs."

And that's on and off the ice.

"A lot of them never met each other before, and now we're all friends here. And that's what it's all about, being a part of a community," Babstock said.

"This team is amazing -- such amazing women," Clarke added.

Moms Who Puck is hoping to schedule their first game soon. The team is also looking to expand. All skill levels are welcome including zero experience. You can reach out to them through Instagram.

**MORE FROM NEWS 12**



UConn beats Carolina in Fenway Bowl, dominating Bill Belichick…



Sportscaster Greg Gumbel dies from cancer at age 78



'Really excited': UConn to play bowl game at F…

Top Videos



Powered by minute.ly

**Kennedy cousin whose murder conviction was overturned sues former cop, Connecticut town**
News 12 Connecticut

**Bridgeport man sentenced to 90 years in prison for 2020 murder**
News 12 Connecticut

Men's Navi Water Resistant Boot | Brown | TOMS Official Site - Shoes, Accessories, & Apparel

For dressing up or buckling down, the Navi is your trusty lace-up chukka boot durable enough to withstand whatever life—or the weather—throws your way. Water-resistant leather upper Welted, lightweight injection outsole with serrated tread for enhanced...

$134.99 - TOMS | Sponsored

### Connecticut's Hometown Airline
"Easy to get to and from the airports on both ends. Great rates and service." - Theresa

Avelo Airlines | Sponsored

### Men's Navi Water Resistant Boot | Black | TOMS Official Site - Shoes, Accessories, & Apparel
For dressing up or buckling down, the Navi is your trusty lace-up chukka boot durable enough to withstand whatever life—or the weather—throws your way. Water-resistant leather upper Welted, lightweight injection outsole with serrated tread for enhanced...

$134.99 - TOMS | Sponsored

### Shelton police arrest 2 men in connection with suspicious death investigation
News 12 Connecticut

### Mother of Locust Valley teen who died after falling off sailboat sues NUMC chairman, wife
News 12 Connecticut

### You Won't Want To Take Off The Waterproof And Orthopedic Boot All Winter Long
Handmade Shoes | Sponsored

### Average Cost to Charter A Private Jet May Surprise You (See Prices)
Private Jet | Search Ads | Sponsored

### Victory: White Coat Waste Ends ALL Cat Testing at Veterans Affairs Labs!
For 65 yrs, the VA abused & killed 1000s of kittens. We shut it down! This is the most effective effort to end cat experimentation in US history.

White Coat Waste Project | Sponsored

### End of an era: Final races held at Freehold Raceway
News 12 Connecticut

### Stamford woman pleads guilty in daughter-in-law's death, gets 8 years in prison
News 12 Connecticut

### Dating for Senior Singles
Share your feelings and emotions with someone.

DeLaChat | Sponsored

### Here's the Best, Last Minute Gift for Literally Anyone
Elements Massage | Sponsored

### Tech company wants to buy all junk cars across the country
This company buying every old car they can find and picking them up for free. Payment on the spot. Get an instant offer in minutes.

Peddle | Sponsored

### Fatal Bridgeport fire victim remembered as good neighbor, sister, friend
News 12 Connecticut

### Police: 1 arrested following chase throughout Bridgeport and onto I-95 North
News 12 Connecticut

### Give the Gift of Relaxation and Wellness
Elements Massage | Sponsored

### Dating Site Where Women Message First!
DateMyAge | Sponsored

### Become a Leader in Sustainable Real Estate
Be part of the change in real estate, infrastructure, and ESG. Georgetown's M.S. in Global Real Assets provides the knowledge, experience, and worldwide network needed to lead the way and build a meaningful legacy within this growing industry.
Georgetown University | Sponsored

### 'I'll never be at peace.' Bridgeport police make arrest in shooting that killed innocent bystander
News 12 Connecticut

### Family of Bridgeport attorney killed by impaired driver urge safe driving this holiday
News 12 Connecticut

### Find Your Perfect Shade: Lipsticks for Mature Women
The game-changing lipstick for mature women. Say goodbye to bleeding or feathering into fine lines.
Color The World Lipcare | Sponsored

### Senior Singles Connection
Share your feelings and emotions with someone.
DeLaChat | Sponsored

### Real-Life Supernatural Encounters
I broke down when I realized
MoneyMade | Sponsored

news12

 

#### Info
Newsletter

Send Photos/Videos

Contact

About Us

News Team

News 12 New York

**Follow Us**

Twitter

Facebook

Instagram

**More Resources**

Altice USA

Optimum

Optimum Media

Careers

Privacy Policy    Terms of Service    Ad Choices

© 2024 N12N, LLC