**BABSTOCK V PACKERS et al**

**Exhibit D**

**Moms Who Puck Holiday Skate**

12/28/24, 6:55 PM                    Beyond the Minivan | Vibes are HIGH at Moms Who Puck Don't miss out on the Holiday Skate Sunday, December 15th @6:…

Case 3:25-cv-00017     Document 1-4     Filed 01/06/25     Page 2 of 3



