**BABSTOCK V PACKERS et al**

**Exhibit E**

**Mombian Release**

mombian



**Two-Mom Pro Hockey Couple Launches Parenting Podcast "Moms Who Puck"**

"Life as a professional athlete and a mom isn't something you typically see represented, especially for queer families like ours, and that's exactly why we created 'Moms Who Puck.'"
— Madison Packer

Read more at mombian.com

Liked by **mnarborist** and **others**
**mombian** 🎧 A great new podcast from two-mom couple and former pro hockey players @mpacker14 and @battaglinoa, part of @iheartwomenssports, looks at raising kids, forming queer families, and balancing being a professional athlete and parent. Even if you're not a pro athlete, though, you'll likely find it an interesting, fun, and useful listen. Click link in bio to learn more!
.
.
#mombian #lgbtqparentingroundup #queermoms #queerparent #queerparents #queerfamily #queerparenting #queerfamilies #lgbtqfamily #lgbtqfamilies #lgbtqparent #lgbtqparents #lgbtqparenting #twomoms #parenting #womenssports

21 hours ago