**BABSTOCK V PACKERS et al**

**Exhibit F**

**Text Messages Screenshots**

12:43

 5



**2 People** ›



Thu, Nov 14 at 8:21 PM

Hi Packers,

I hope you're doing well! I wanted to reach out about your new podcast. It turns out that "Moms Who Puck" is a trademark that I hold for my women's hockey program, which I started in 2021.
I know it's a funny phrase, but I've had this name trademarked for a while now. You both are well aware of my Moms Who Puck program. Anya, you mentioned how much you liked the name and considered joining my program when it first started. I'm disappointed in you two as you you both knowingly knew this and you never asked for my permission to use the name, Moms Who Puck, for your podcast.

I'd really appreciate it if you

iMessage

  

**2 People**

I'd really appreciate it if you could change the name of the podcast to avoid any confusion or legal issues. If you have any questions, feel free to reach out. Thanks for understanding

Anya Battaglino

Hey Kelly, I'm shocked to get this message. Firstly, I completely apologize. We talked to Nina about this and she was completely for us using the name and thought nothing of this nor mentioned it was still active.

We had no idea you had trademarked the name. I looked through the moms who puck social media and it was inactive since last March. For that, I apologize.

We would be interested in acquiring the trademark from you so would love to talk