BABSTOCK v. PACKERS et al

Exhibit G

LLC Registration



# Secretary of the State of Connecticut
# Certificate of Organization
Domestic Limited Liability Company

## Filing Details

| | | | |
|---|---|---|---|
| Filing Number: | 0013074298 | Filed On: | 11/14/2024 9:05:10 PM |

## Primary Details

| | |
|---|---|
| Name of Limited Liability Company: | Moms Who Puck, LLC |
| Business ALEI: | US-CT.BER:3103006 |
| Business Email Address: | packeranya@gmail.com |
| NAICS Information: | Media Streaming Distribution Services, Social Networks, and Other Media Networks and Content Providers (516210) |

## Business Location

| | |
|---|---|
| Principal Office Address: | 2790 High Ridge Road, Stamford, CT, 06903, United States |
| Mailing Address: | 2790 High Ridge Road, Stamford, CT, 06903, United States |

## Appointment of Registered Agent

| | |
|---|---|
| Type: | Individual |
| Agent's Name: | Anya Packer |
| Business Address: | 2790 High Ridge Road, Stamford, CT, 06903, United States |
| Residence Address: | 2790 High Ridge Road , Stamford, CT, 06903, United States |
| Mailing Address: | 2790 High Ridge Road, Stamford, CT, 06903, United States |

## Agent Appointment Acceptance

Agent Signature:
*This signature has been executed electronically*

## Manager or Member Information



# Secretary of the State of Connecticut
# Certificate of Organization

Domestic Limited Liability Company

| Name | Title | Business Address | Residence Address |
|---|---|---|---|
| Anya Packer | Member | 2790 High Ridge Road, Stamford, CT, 06903, United States | 2790 High Ridge Road, Stamford, CT, 06903, United States |

## Acknowledgement

I hereby certify and state under penalties of false statement that all the information set forth on this document is true.

I hereby electronically sign this document on behalf of:
Name of Organizer:    Anya Packer
Organizer Title:    Member

Filer Name:    Anya Packer
Filer Signature:    Anya Packer
Execution Date:    11/14/2024
*This signature has been executed electronically*