**BABSTOCK v. PACKERS et al**

**Exhibit H**

**Anya Packer e-mail chain**

**Subject:** Re: Kelly Babstock's MOMS WHO PUCK registered trade mark
**From:** Anya Packer <packeranya@gmail.com>
**Date:** 12/31/24, 11:46
**To:** Alan Harrison <alan@sandollar-law.net>
**CC:** jenniferbassett@iheartmedia.com

Hello Alan,
The name is valueless to us, we have started the process to change our podcast name. Had Kelly responded to our initial correspondence we would have been willing to explore a fruitful and mutually beneficial partnership. Best of luck to your client.

Always,
Anya Packer

On Mon, Dec 30, 2024 at 1:26 PM Alan Harrison <alan@sandollar-law.net> wrote:
> Hi Anya. You may refer to exhibit A.
>
>
> Alan Harrison
> alan@sandollar-law.net
> Milford, CT
> 203.212.9996
>
> On Mon, Dec 30, 2024, 13:16 Anya Packer <packeranya@gmail.com> wrote:
>> Hello Alan,
>> Please provide documentation that your client owns the trademark for Moms Who Puck. In the meantime we will forward this along to our attorneys for adjudication.
>>
>> Thank you very much, have a great holiday.
>>
>> Always,
>> Anya Packer
>>
>>
>> On Mon, Dec 30, 2024 at 12:22 PM Alan Harrison <alan@sandollar-law.net> wrote:
>>> Dear Anya, Courtney:
>>>
>>> Please see attached correspondence regarding Kelly Babstock's MOMS WHO PUCK registered trade mark.
>>>
>>> Thank you for your attention to this matter.

Respectfully,

**Alan Harrison**
SANDOLLAR
6 W River St #112
Milford, CT
203.212.9996