BABSTOCK v. PACKERS et al

Exhibit J

Moms Who Puck podcast landing page

accessed 2025-01-04

1/4/25, 8:43 AM ♪ Moms Who Puck | Anyone who's a parent knows how chaotic life with kids can be -- but being of professional athlete and a ...

Case 3:25-cv-00017    Document 1-9    Filed 01/06/25    Page 2 of 6





# Moms Who Puck

Play Newest         Follow

Anyone who's a parent knows how chaotic life with kids can be -- but being a professional athlete and a parent comes with its own unique challenges. On their new podcast,…

**Show More**



Moms Who Puck    1x      

0:00                                                     0:00

♪ Moms Who Puck | Anyone who's a parent knows how chaotic life with kids can be – but being a professional athlete and a ...



Upgrade    For You    Your Library    Live Radio    Podcasts    Artist Radio



Moms Who Puck

0:00                                    0:00

1/4/25, 8:43 AM ♫ Moms Who Puck | Anyone who's a parent knows how chaotic life with kids can be – plus being a professional athlete and a ...

Case 3:25-cv-00017   Document 1-9   Filed 01/06/25   Page 4 of 6



Upgrade    For You    Your Library    Live Radio    **Podcasts**    Artist Radio

### E9: It's Been a Wild Year!
December 30, 2024  •  34 mins

As 2024 wraps up, the Packers take a moment to reflect on a year like no other. From the groundbreaking inaugural season of the PWHL to the explosive growth of women's sports, and the personal shifts following Madison's retirement, it's been a whirlwind. Madison and Anya look back on the highs and lows of the past year and share their resolutions, hopes, and dreams for 2025. See **omnystudio.com/listener** for privacy ...
**Read more**

⬆ Share    ⊘ Mark as Played    ≡ Transcript

### E8: We Are Family with Em…
December 23, 2024  •  32 mins

⬆ Share    ⊘ Mark as Played    ≡ Transcript

### E7: Mental Health in Sports,…
December 16, 2024  •  33 mins

⬆ Share    ⊘ Mark as Played    ≡ Transcript



Moms Who Puck

0:00                    0:00

1/4/25, 8:43 AM

Case 3:25-cv-00017     Document 1-9     Filed 01/06/25     Page 5 of 6

♫ Moms Who Puck | Anyone who's a parent knows how chaotic life with kids can be – plus being a professional athlete and a ...



Upgrade     **For You**     **Your Library**     **Live Radio**     **Podcasts**     **Artist Radio**



E5: Good Game, Pack

December 2, 2024  •  42 mins

Share     Mark as Played     Transcript

See More

### Popular Podcasts



| S | H | D | T | T |
|---|---|---|---|---|
| If you've ever… | Best friends… | Current and… | The World'… | The official… |

    

See All

---



Music, radio and podcasts, all free. Listen online or download the iHeart App.

**CONNECT**

   

| EXPLORE | EXCLUSIVES | INFORMATION | GET THE APP |
|---|---|---|---|
| iHeart | News | About | Automotive |
| Live Radio | Features | Advertise | Home |
| Podcasts | Events | Blog | Mobile |
| Artist Radio | Contests | Brand Guidelines | Wearables |
| Playlists | Photos | Contest Guidelines | |
| | | Subscription Offers | |
| | | Jobs | |



Moms Who Puck

0:00                                          0:00



♫ Moms Who Puck | Anyone who's a parent knows how chaotic life with kids can be – but being a professional athlete and a …

Upgrade   For You   Your Library   Live Radio   Podcasts   Artist Radio



Moms Who Puck

0:00                             0:00