AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the District of Connecticut on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 3:25-cv-00017-VAB | 1/6/2025 | for the District of Connecticut |

| PLAINTIFF | DEFENDANT |
|---|---|
| Kelly Babstock | Anya Packer<br>Madison Packer<br>iHeartMedia + Entertainment, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See attached complaint. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| /s/ Dinah Milton Kinnery | /s/ Breigh Freberg | 1/6/2025 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Kelly Babstock | : | 3:25-cv- |
| Plaintiff | : | |
| v. | : | Complaint |
| | : | |
| Anya Packer, Madison Packer, and | : | |
| IHEARTMEDIA + ENTERTAINMENT, INC. | : | |
| Defendants | : | |

Now comes Kelly Babstock ("Kelly"), of Norwalk, Connecticut, and complains of the Defendants:

> Anya Packer and Madison Packer (the "Packers") of Stamford, Connecticut, and IHEARTMEDIA + ENTERTAINMENT, INC. ("IHEARTMEDIA") of San Antonio, Texas,
>
> as follows.

## Jurisdiction, Standing, Venue

1. The Court has personal jurisdiction over Anya Packer and Madison Packer because they are residents of Stamford, Connecticut.

2. The Court has personal jurisdiction over IHEARTMEDIA under Connecticut's long arm statute (Conn. Gen. Stat. § 52-59b) because IHEARTMEDIA is a registered foreign corporation doing business in the State of Connecticut.

3. The Court has subject matter jurisdiction under 15 U.S.C. § 1116 and § 1117, related to trade mark infringement.

4. Kelly has standing as the owner of the trade mark MOMS WHO PUCK, U.S. ® 7273632, which is the Mark that she complains the Defendants infringe.

5. Venue is proper as to Anya Packer and Madison Packer as they are residents of Connecticut.

6. Venue is proper as to IHEARTMEDIA as it is a national corporation doing business in the State of Connecticut and can easily attend to legal matters in this Court.

## Nature of the Case

7. This is a case of trade mark infringement.

8. Kelly is the owner of the Mark. See Exhibit A, TSDR Record.

9. Kelly complains that the Defendants have been infringing on the Mark since as early as November 4, 2024.

## Kelly's Use of the Mark

10. Kelly has used the Mark since as early as August 2021 to identify herself as the source of classes, workshops, seminars and instructional camps for mothers in the field of hockey.

11. Kelly used the Mark in association with her women's amateur club hockey organization on August 20, 2021. See Exhibit B, @MomsWhoPuck X.

12. Moms Who Puck was reported on by News12 Connecticut on March 1, 2022. See Exhibit C, News12 Report.

13. Kelly most recently used the Mark on December 5, 2024. See Exhibit D, Moms Who Puck Holiday Skate.

14. Kelly has operated the Moms Who Puck amateur club hockey organization continuously since August 2021.

## The Packers' Knowledge of the Mark

15. The Packers knew of the Mark and Plaintiff's use of the Mark as early as August 2021, when Kelly first used the Mark and discussed it with the Packers.

16. In or about August 2021, after seeing Kelly's social media posting, Anya Packer expressed that she "loved" the idea of Moms Who Puck and wanted to join (she had just retired from professional hockey).

17. As early as November 2024, the Packers knew that Kelly owned the registration for the Mark. Madison Packer discussed this with her teammates.

## The Defendants' Infringement of the Mark

18. November 4, 2024, the Defendants launched a podcast called "Moms Who Puck", which was described as a "Two-Mom Pro Hockey Couple" "Parenting Podcast". See Exhibit E, Mombian Release.

19. A parenting podcast hosted by a two-mom (former) pro hockey couple is a natural expansion of "classes, workshops, seminars" for mothers in the field of hockey.

20. As such, the Defendants' use of the Mark for a parenting podcast hosted by a two-mom pro hockey couple is likely to cause confusion among consumers regarding who is the source of Kelly's "classes, workshops, seminars and instructional camps" or the Defendants' podcast. Such likelihood of confusion demonstrates an infringement on Kelly's rights in the Mark.

21. Kelly and the Packers were teammates for years and have many common fans. Accordingly, there is actual consumer confusion regarding whether the Defendants' podcast is affiliated with or endorsed by Kelly. Such actual consumer confusion demonstrates an infringement on Kelly's rights in the Mark.

22. The use of "Moms Who Puck" for the Defendants' podcast is a counterfeit of the Mark within the meaning of 15 U.S.C. § 1116(d).

## Kelly Warned the Defendants and They Continue to Infringe

23. November 14, 2024, at 8:21 pm, Kelly texted the Packers asking them to change the name of their podcast due to their prior knowledge of her Mark and the infringement of the podcast name on Kelly's rights in the Mark. Anya Packer responded “Hey Kelly, I'm shocked to get this message. Firstly, I completely apologize. We talked to Nina [a Moms Who Puck **participant**] about this and she

was completely for us using the name and thought nothing of this nor mentioned it was still active. … We would be interested in acquiring the trademark from you ….” See Exhibit F, Text Screenshots. At 9:05 pm, Anya Packer registered MOMS WHO PUCK LLC with the Connecticut Secretary of State. See Exhibit G, LLC Registration.

24. The conversation that Madison Parker had with “Nina”, on or about August 25, 2024, was substantially this:

“Madison had told me (Nina) that you (Kelly) gave them permission to use the name. I thought that was weird cause I (Nina) know how much “moms who puck” means to you (Kelly). Madison told me that she had a full conversation with you (Kelly) and you said that you (Kelly) gave them approval of using the name and that it was okay for them (Anya and Madison) to use the ‘moms who puck’ name.”

25. No conversation ever happened between Kelly and Madison Packer about Moms Who Puck.

26. December 30, 2024, undersigned counsel sent a previous draft of this Complaint and Exhibits A–F to the Packers at their personal e-mail addresses, to Courtney Kan (Director, Business Affairs for IHEARTMEDIA) at her business e-mail address, and to Juvenal Rodriguez (IHEARTMEDIA’s business e-mail contact as recorded by the Connecticut Secretary of State).

27. December 31, 2024, Anya Packer responded: “The name is valueless to us, we have started the process to change our podcast name. Had Kelly responded to our initial correspondence we would have been willing to explore a fruitful and mutually beneficial partnership.” See Exhibit H, Anya Packer e-mail chain.

28. But the name Moms Who Puck clearly had value to Defendants; otherwise, they would not have stolen it and lied about stealing it. The only “partnership” that the Defendants were interested in exploring would be an abusive one in which Kelly meekly ratified their theft of the Mark.

29. Defendants have not changed their podcast name. Defendants continue to infringe on Kelly's rights in the Mark. See Exhibit J, Moms Who Puck podcast landing page accessed 2025-01-04.

## Prayer for Relief

WHEREFORE, Kelly prays that the Court award:

- the Defendants' profits.
- Kelly's damages.
- the costs of the case.
- three times the Defendants' profits, under 15 U.S.C. § 1117(b)(1).
- statutory damages for the Defendants' infringement of the Mark, under 15 U.S.C. § 1117(c)(1).

- statutory damages for the Defendants' willful infringement of the Mark, under 15 U.S.C. § 1117(c)(2).
- reasonable attorney's fees for this case being exceptional due to the Defendants' actual knowledge of Kelly's rights in the Mark and repeated refusals to desist from infringement.

Respectfully submitted,

Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996

VERIFICATION

I, Kelly Babstock, being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. Any documents attached to the Complaint are true and correct copies of those documents as described in the Complaint.

signed: ............................................ 1/6/25

Here appeared before me, via Google Meet, the person named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, a voluntary signature and an oath or affirmation vouching for the truthfulness and completeness of the foregoing.

............................................................ Date 2025-01-06

Alan Harrison
Commissioner of Conn. Superior Court
431816

Place Milford, Connecticut

Case 3:25-cv-00017-VAB Document 1-1 Filed 01/06/25 Page 1 of 43

**BABSTOCK V PACKERS et al**

**Exhibit A**

**TSDR Record**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Generated on:** This page was generated by TSDR on 2024-12-28 18:40:33 EST

**Mark:** MOMS WHO PUCK

Moms Who Puck

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97305224 | **Application Filing Date:** | Mar. 10, 2022 |
| **US Registration Number:** | 7273632 | **Registration Date:** | Jan. 16, 2024 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 16, 2024

**Publication Date:** Oct. 31, 2023

## Mark Information

**Mark Literal Elements:** MOMS WHO PUCK

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing classes, workshops, seminars and instructional camps for mothers in the field of hockey

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Aug. 24, 2021 | **Use in Commerce:** | Aug. 24, 2021 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** BABSTOCK, KELLY

| | |
|---|---|
| **Owner Address:** | 15 SHOREFRONT PARK<br>NORWALK, CONNECTICUT UNITED STATES 06854 |
| **Legal Entity Type:** | INDIVIDUAL |
| **Citizenship:** | UNITED STATES |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | BABSTOCK, KELLY<br>15 SHOREFRONT PARK<br>NORWALK, CONNECTICUT United States 06854 |
| **Correspondent e-mail:** | kmhbabstock@gmail.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback

**BABSTOCK V PACKERS et al**

**Exhibit B**

**@MomsWhoPuck X**

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Follow

**Moms Who Puck**
@MomsWhoPuck

Hockey Skills Clinics for Women

Beyond the Minivan connecticut.news12.com/local-women-re...
Joined August 2021

8 Following 12 Followers

Not followed by anyone you're following

Posts Replies Media

You might lik
Colorado R
@CORubbe
Ryan Matla
@ryanmatla
Midland Wo
@Midland_V
Show more

What's happe
Bron
LIVE

Trending in United Sta
Anae

Sports · Trending
Michkov

Cam Ward · Trending
Cam Ward
12K posts

Entertainment · Trend
Fonzie

Show more

Terms of Service Priv
Accessibility Ads inf

Alan Harrison
@AlanHarris71743



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
1
Moms Who Puck @MomsWhoPuck · Aug 20, 2021
Attention ladies: learn to play #hockey in a safe, supportive, and fun environment!
👠🏒🍺
#momswhopuck #beyondtheminivan #milp #nwhl #womenshockey #girlshockey #hockeyplayers #hockeyplayer #icehockey #hockeymoms #hockeymom #momslife #momlife #moms #mom #minivans #minivan
Nina B Clarke and SoNo Ice House
2
You might lik
Colorado R
@CORubbe
Ryan Matla
@ryanmatla
Midland W
@Midland_V
Show more
What's happe
Bron
LIVE
Trending in United Sta
Anae
Sports · Trending
Michkov
Cam Ward · Trending
Cam Ward
12K posts
Entertainment · Trend
Fonzie
Show more
Terms of Service Priv
Accessibility Ads inf
Alan Harrison
@AlanHarris71743

**BABSTOCK V PACKERS et al**

**Exhibit C**

**News12 Report**

12/28/24, 6:56 PM Case 3:25-cv-00017-VAB Document 7-3 Filed 01/06/25 Page 17 of 43 Local women redefine what being a 'hockey mom' means with Norwalk team

News 12 New York Download the News 12 Mobile App Where to Watch Hot Holiday Toys

news12 CONNECTICUT LOCAL WEATHER CRIME POWER & POLITICS THE EAST END CRIME FILES 43° LIVE

LOCAL WEATHER CRIME POWER & POLITICS THE EAST END CRIME FILES

# Local women redefine what being a 'hockey mom' means with Norwalk team

The term "hockey moms" usually means mothers who shuttle their kids to the rink and cheer them on from the stands. But some local women have redefined that role forming their own hockey team.

News 12 Staff • Mar 1, 2022, 6:41 PM • Updated 1,009 days ago

Share:

optimum.mobile
0:00 / 2:31
Advertisement: 0:15

https://connecticut.news12.com/local-women-redefine-what-being-a-hockey-mom-means-with-norwalk-team 1/7



LAST chance for 2x impact

Neighbors facing hunger need your help! $3.25 provides not one, but TWO meals by 12/31. See how!

Bridgeport Rescue Mission

LEARN MORE

**More Stories**

1:34

'Seems like yesterday.' Bridgeport couple...

2:28

Asian Pacific American Heritage Month: Tamm...

Send us your positive story ideas!

2:14

Event raises funds for beloved Stamford...

2:09

Greenwich teen's nonprofit holds 1st annual golf...

5:31

'Winners never give up.' Spelling unlocks once...

1:34

'Seems like yesterday.' Bridgeport couple...

2:28

Asian Pacific American Heritage Month: Tamm...

Send us your positive story ideas!

2:14

Event raises funds for beloved Stamford...

2:09

Greenwich teen's nonprofit holds 1st annual golf...

5:31

'Winners never give up.' Spelling unlocks once...

The term "hockey moms" usually means mothers who shuttle their kids to the rink and cheer them on from the stands. But some local women have redefined that role forming their own hockey team called Moms Who Puck.

On the first day of Women's History Month, News 12 met the moms at the SoNo Ice House in Norwalk, where they practice twice a week.

"We drop our kids off at school, and we come to the rink," said Nina Clarke, captain of Moms Who Puck.

Clarke has two kids who play hockey. She said for years she talked a big game about forming a moms team, but never did.

"It wasn't until COVID that really changed our perspective. Like what are we waiting for?" Clarke told News 12. "It made us realize, let's get out there and have fun."

Clarke and coach Kelly Babstock started the team last March. Babstock is from Ontario, Canada and spent four years playing hockey for Quinnipiac University. She currently plays with the Metropolitan Riveters in the Premiere Hockey Federation and also coaches youth hockey in Fairfield County. Babstock said she's been wanting to get moms on the ice for a while.

"Coaching them is awesome," Babstock said. "You know, it's every level. Some of them have skated before, and some of them are brand new to the sport and skating, and it's been great. They're all motivated."

"She's such an incredible role model and such an incredible hockey coach and a hockey player. She teaches all of us what we need to know," said Clarke.

The team is made up of 25 women, nearly all of them from across Fairfield County. Clarke called it a "great escape" for moms. When they hit the ice, everything else melts away.

"It's a good way for us to connect," explained Clarke. "It's all about women supporting women, right? We're all high fiving each other. We're all cheering for each other. We have each other's backs."

And that's on and off the ice.

"A lot of them never met each other before, and now we're all friends here. And that's what it's all about, being a part of a community," Babstock said.

"This team is amazing -- such amazing women," Clarke added.

Moms Who Puck is hoping to schedule their first game soon. The team is also looking to expand. All skill levels are welcome including zero experience. You can reach out to them through Instagram.

## MORE FROM NEWS 12

UConn beats Carolina in Fenway Bowl, dominating Bill Belichick...

Sportscaster Greg Gumbel dies from cancer at age 78

'Really excited': UConn to play bowl game at F

## Top Videos

Powered by minute.ly

Kennedy cousin whose murder conviction was overturned sues former cop, Connecticut town

News 12 Connecticut

Bridgeport man sentenced to 90 years in prison for 2020 murder

News 12 Connecticut

Men's Navi Water Resistant Boot | Brown | TOMS Official Site - Shoes, Accessories, & Apparel

For dressing up or buckling down, the Navi is your trusty lace-up chukka boot durable enough to withstand whatever life—or the weather—throws your way. Water-resistant leather upper Welted, lightweight injection outsole with serrated tread for enhanced...
**$134.99 - TOMS** | Sponsored

Connecticut's Hometown Airline
"Easy to get to and from the airports on both ends. Great rates and service." - Theresa
**Avelo Airlines** | Sponsored

Men's Navi Water Resistant Boot | Black | TOMS Official Site - Shoes, Accessories, & Apparel
For dressing up or buckling down, the Navi is your trusty lace-up chukka boot durable enough to withstand whatever life—or the weather—throws your way. Water-resistant leather upper Welted, lightweight injection outsole with serrated tread for enhanced...
**$134.99 - TOMS** | Sponsored

Shelton police arrest 2 men in connection with suspicious death investigation
**News 12 Connecticut**

Mother of Locust Valley teen who died after falling off sailboat sues NUMC chairman, wife
**News 12 Connecticut**

You Won't Want To Take Off The Waterproof And Orthopedic Boot All Winter Long
**Handmade Shoes** | Sponsored

Average Cost to Charter A Private Jet May Surprise You (See Prices)
**Private Jet | Search Ads** | Sponsored

Victory: White Coat Waste Ends ALL Cat Testing at Veterans Affairs Labs!
For 65 yrs, the VA abused & killed 1000s of kittens. We shut it down! This is the most effective effort to end cat experimentation in US history.
**White Coat Waste Project** | Sponsored

End of an era: Final races held at Freehold Raceway
**News 12 Connecticut**

Stamford woman pleads guilty in daughter-in-law’s death, gets 8 years in prison
**News 12 Connecticut**

Dating for Senior Singles
Share your feelings and emotions with someone.
**DeLaChat** | Sponsored

Here’s the Best, Last Minute Gift for Literally Anyone
**Elements Massage** | Sponsored

Tech company wants to buy all junk cars across the country
This company buying every old car they can find and picking them up for free. Payment on the spot. Get an instant offer in minutes.
**Peddle** | Sponsored

Fatal Bridgeport fire victim remembered as good neighbor, sister, friend

**News 12 Connecticut**

Police: 1 arrested following chase throughout Bridgeport and onto I-95 North

**News 12 Connecticut**

Give the Gift of Relaxation and Wellness

**Elements Massage** | Sponsored

Dating Site Where Women Message First!

**DateMyAge** | Sponsored

Become a Leader in Sustainable Real Estate

Be part of the change in real estate, infrastructure, and ESG. Georgetown's M.S. in Global Real Assets provides the knowledge, experience, and worldwide network needed to lead the way and build a meaningful legacy within this growing industry.

**Georgetown University** | Sponsored

'I'll never be at peace.' Bridgeport police make arrest in shooting that killed innocent bystander

**News 12 Connecticut**

Family of Bridgeport attorney killed by impaired driver urge safe driving this holiday

**News 12 Connecticut**

Find Your Perfect Shade: Lipsticks for Mature Women

The game-changing lipstick for mature women. Say goodbye to bleeding or feathering into fine lines.

**Color The World Lipcare** | Sponsored

Senior Singles Connection

Share your feelings and emotions with someone.

**DeLaChat** | Sponsored

Real-Life Supernatural Encounters

I broke down when I realized

**MoneyMade** | Sponsored

news12

Info

Newsletter

12/28/24, 6:56 PM Local women redefine what being a hockey mom means with Norwalk team
Case 3:25-cv-00017-VAB Document 7-3 Filed 01/06/25 Page 23 of 43

Send Photos/Videos

Contact

About Us

News Team

News 12 New York

**Follow Us**

Twitter

Facebook

Instagram

**More Resources**

Altice USA

Optimum

Optimum Media

Careers

Privacy Policy Terms of Service Ad Choices

© 2024 N12N, LLC

https://connecticut.news12.com/local-women-redefine-what-being-a-hockey-mom-means-with-norwalk-team 7/7

**BABSTOCK V PACKERS et al**

**Exhibit D**

**Moms Who Puck Holiday Skate**

Case 3:25-cv-00017-VAB Document 7-4 Filed 01/16/25 Page 25 of 43

**More posts from momswhopuck**

gn up for Instagram

;e what your friends are up to and connect with the things you love.

Instagram

Sign Up Log In

See more posts

gn up for Instagram

;e what your friends are up to and connect with the things you love.

**BABSTOCK V PACKERS et al**

**Exhibit E**

**Mombian Release**

 8:54

5G 72

Photo

mombian

Two-Mom Pro Hockey Couple Launches Parenting Podcast "Moms Who Puck"
DEEP BLUE
iHeart WOMEN'S SPORTS
EVERYONE WATCHES
MOMS WHO PUCK
"Life as a professional athlete and a mom isn't something you typically see represented, especially for queer families like ours, and that's exactly why we created 'Moms Who Puck.'"
— Madison Packer
Read more at mombian.com
Mombian

   

Liked by **mnarborist** and **others**

**mombian** 🎧 A great new podcast from two-mom couple and former pro hockey players @mpacker14 and @battaglinoa, part of @iheartwomenssports, looks at raising kids, forming queer families, and balancing being a professional athlete and parent. Even if you're not a pro athlete, though, you'll likely find it an interesting, fun, and useful listen. Click link in bio to learn more!

.

.

#mombian #lgbtqparentingroundup #queermoms #queerparent #queerparents #queerfamily #queerparenting #queerfamilies #lgbtqfamily #lgbtqfamilies #lgbtqparent #lgbtqparents #lgbtqparenting #twomoms #parenting #womenssports

21 hours ago

**BABSTOCK V PACKERS et al**

**Exhibit F**

**Text Messages Screenshots**



12:43

2 People >

Thu, Nov 14 at 8:21 PM

Hi Packers,

I hope you're doing well! I wanted to reach out about your new podcast. It turns out that "Moms Who Puck" is a trademark that I hold for my women's hockey program, which I started in 2021.
I know it's a funny phrase, but I've had this name trademarked for a while now. You both are well aware of my Moms Who Puck program. Anya, you mentioned how much you liked the name and considered joining my program when it first started. I'm disappointed in you two as you both knowingly knew this and you never asked for my permission to use the name, Moms Who Puck, for your podcast.

I'd really appreciate it if you

12:43

MP

2 People >

I'd really appreciate it if you could change the name of the podcast to avoid any confusion or legal issues. If you have any questions, feel free to reach out. Thanks for understanding

Anya Battaglino

Hey Kelly, I'm shocked to get this message. Firstly, I completely apologize. We talked to Nina about this and she was completely for us using the name and thought nothing of this nor mentioned it was still active.

We had no idea you had trademarked the name. I looked through the moms who puck social media and it was inactive since last March. For that, I apologize.

We would be interested in acquiring the trademark from you so would love to talk

iMessage

**BABSTOCK v. PACKERS et al**

**Exhibit G**

**LLC Registration**

Case 3:25-cv-00017-VAB Document 1-7 Filed 01/06/25 Page 32 of 43

# Secretary of the State of Connecticut
# Certificate of Organization

Domestic Limited Liability Company

## Filing Details

Filing Number: 0013074298 Filed On: 11/14/2024 9:05:10 PM

## Primary Details

| | |
|---|---|
| Name of Limited Liability Company: | Moms Who Puck, LLC |
| Business ALEI: | US-CT.BER:3103006 |
| Business Email Address: | packeranya@gmail.com |
| NAICS Information: | Media Streaming Distribution Services, Social Networks, and Other Media Networks and Content Providers (516210) |

## Business Location

| | |
|---|---|
| Principal Office Address: | 2790 High Ridge Road, Stamford, CT, 06903, United States |
| Mailing Address: | 2790 High Ridge Road, Stamford, CT, 06903, United States |

## Appointment of Registered Agent

| | |
|---|---|
| Type: | Individual |
| Agent's Name: | Anya Packer |
| Business Address: | 2790 High Ridge Road, Stamford, CT, 06903, United States |
| Residence Address: | 2790 High Ridge Road , Stamford, CT, 06903, United States |
| Mailing Address: | 2790 High Ridge Road, Stamford, CT, 06903, United States |

## Agent Appointment Acceptance

Agent Signature:
*This signature has been executed electronically*

## Manager or Member Information



# Secretary of the State of Connecticut
# Certificate of Organization
Domestic Limited Liability Company

| *Name* | *Title* | *Business Address* | *Residence Address* |
|---|---|---|---|
| Anya Packer | Member | 2790 High Ridge Road, Stamford, CT, 06903, United States | 2790 High Ridge Road, Stamford, CT, 06903, United States |

## Acknowledgement

I hereby certify and state under penalties of false statement that all the information set forth on this document is true.

I hereby electronically sign this document on behalf of:

Name of Organizer: Anya Packer
Organizer Title: Member

Filer Name: Anya Packer
Filer Signature: Anya Packer
Execution Date: 11/14/2024
*This signature has been executed electronically*

**BABSTOCK v. PACKERS et al**

**Exhibit H**

**Anya Packer e-mail chain**

**Subject:** Re: Kelly Babstock's MOMS WHO PUCK registered trade mark
**From:** Anya Packer <packeranya@gmail.com>
**Date:** 12/31/24, 11:46
**To:** Alan Harrison <alan@sandollar-law.net>
**CC:** jenniferbassett@iheartmedia.com

Hello Alan,
The name is valueless to us, we have started the process to change our podcast name. Had Kelly responded to our initial correspondence we would have been willing to explore a fruitful and mutually beneficial partnership. Best of luck to your client.

Always,
Anya Packer

On Mon, Dec 30, 2024 at 1:26 PM Alan Harrison <alan@sandollar-law.net> wrote:

> Hi Anya. You may refer to exhibit A.
>
> Alan Harrison
> alan@sandollar-law.net
> Milford, CT
> 203.212.9996
>
> On Mon, Dec 30, 2024, 13:16 Anya Packer <packeranya@gmail.com> wrote:
>
>> Hello Alan,
>> Please provide documentation that your client owns the trademark for Moms Who Puck. In the meantime we will forward this along to our attorneys for adjudication.
>>
>> Thank you very much, have a great holiday.
>>
>> Always,
>> Anya Packer
>>
>> On Mon, Dec 30, 2024 at 12:22 PM Alan Harrison <alan@sandollar-law.net> wrote:
>>
>>> Dear Anya, Courtney:
>>>
>>> Please see attached correspondence regarding Kelly Babstock's MOMS WHO PUCK registered trade mark.
>>>
>>> Thank you for your attention to this matter.

Respectfully,

**Alan Harrison**
SANDOLLAR
6 W River St #112
Milford, CT
203.212.9996

**BABSTOCK v. PACKERS et al**

**Exhibit J**

**Moms Who Puck podcast landing page**

**accessed 2025-01-04**

Upgrade For You Your Library Live Radio Podcasts Artist Radio

# Moms Who Puck

Play Newest Follow

Anyone who's a parent knows how chaotic life with kids can be -- but being a professional athlete and a parent comes with its own unique challenges. On their new podcast,…

**Show More**

Moms Who Puck

1x

0:00 0:00



Upgrade For You Your Library Live Radio Podcasts Artist Radio

Moms Who Puck

0:00 0:00

E9: It's Been a Wild Year!

December 30, 2024 • 34 mins

As 2024 wraps up, the Packers take a moment to reflect on a year like no other. From the groundbreaking inaugural season of the PWHL to the explosive growth of women's sports, and the personal shifts following Madison's retirement, it's been a whirlwind. Madison and Anya look back on the highs and lows of the past year and share their resolutions, hopes, and dreams for 2025. See **omnystudio.com/listener** for privacy ...

**Read more**

Share Mark as Played Transcript

E8: We Are Family with Em…

December 23, 2024 • 32 mins

Share Mark as Played Transcript

E7: Mental Health in Sports,…

December 16, 2024 • 33 mins

Share Mark as Played Transcript

Moms Who Puck

0:00 0:00

Upgrade For You Your Library Live Radio Podcasts Artist Radio

E5: Good Game, Pack

December 2, 2024 • 42 mins

Share Mark as Played Transcript

See More

## Popular Podcasts

S If you've ever…

H Best friends..

D Current and…

T The World'…

T The official..

See All

Music, radio and podcasts, all free. Listen online or download the iHeart App.

CONNECT

   

EXPLORE

- iHeart
- Live Radio
- Podcasts
- Artist Radio
- Playlists

EXCLUSIVES

- News
- Features
- Events
- Contests
- Photos

INFORMATION

- About
- Advertise
- Blog
- Brand Guidelines
- Contest Guidelines
- Subscription Offers
- Jobs

GET THE APP

- Automotive
- Home
- Mobile
- Wearables

Moms Who Puck

0:00 0:00

Upgrade For You Your Library Live Radio Podcasts Artist Radio

Moms Who Puck

0:00 0:00