## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* iHeart Media + Entertainment, Inc
was received by me on *(date)* 1/7/25.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Marissa Titus of CT Corporation, who is at 357 E. Center St, Manchester Systems (agent) designated by law to accept service of process on behalf of *(name of organization)* iHeart Media + Entertainment Inc on *(date)* 1/8/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $20.17 for travel and $78.00 for services, for a total of $98.17

I declare under penalty of perjury that this information is true.

Date: 1/8/25

_____
Servers signature

**Connecticut State Marshal**
**Elizabeth J. Ostrowski**
P.O. Box 1219
Glastonbury, CT 06033

Additional information regarding attempted service, etc:

Case 3:25-cv-00017-VAB    Document 9    Filed 01/07/25    Page 1 of 2

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**KELLY BABSTOCK,**

V.     **SUMMONS IN A CIVIL CASE**

**ANYA PACKER, ET AL.,**

CASE NUMBER: **3:25-CV-00017-VAB**

TO: **Anya Packer, Madison Packer, iHeartMedia + Entertainment, Inc.**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alan Harrison**
**6 West River St #112**
**Milford, CT 06460**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ — **B E Freberg**
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025-01-07 13:17:12**, Clerk USDC CTD