George E. Christiansen<br>
CT State Marshal<br>
P.O. Box 2918<br>
Stamford, CT 06906

STATE OF CONNECTICUT )
                               ) SS: Stamford           01/17/2025
COUNTY OF FAIRFIELD   )

REF: Kelly Babstock vs Anya Packer; Madison Packer; Iheartmedia + Entertainment, Inc.

Then and There, By virtue hereof, I made service of the within:

1. COMPLAINT
2. ORDER ON PRETRIAL DEADLINES
3. ELECTRONIC FILING ORDER
4. STANDING PROTECTIVE ORDER
5. EXHIBIT A
6. NOTICE OF OPINION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION
7. REOPRT ON THE FILLING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK
8. ORDER RE: DISCLOSURE STATEMENT
9. SUMMONS IN A CIVIL CASE

On:
Madison Packer

By leaving a True and Attested copy thereof, with my doings there on endorsed with, and served as an **ABODE** service.

On:
Madison Packer<br>
The address was verified by a neighbor.

At:
2790 High Ridge Road<br>
Stamford, CT 06903

Attest: _____
George E. Christiansen

On 01-18-2025 I sent a Certified mailing to the above address. Number 9589 0710 5270 2039 3376 80 with return signature card per issuing attorney.

# 11989

George E. Christiansen<br>
CT State Marshal<br>
P.O. Box 2918<br>
Stamford, CT 06906

| | | |
|---|---|---|
| STATE OF CONNECTICUT ) | | |
| ) SS: Stamford | | 01/17/2025 |
| COUNTY OF FAIRFIELD ) | | |

REF: Kelly Babstock vs Anya Packer; Madison Packer; Iheartmedia + Entertainment, Inc.

Then and There, By virtue hereof, I made service of the within:

1. COMPLAINT
2. ORDER ON PRETRIAL DEADLINES
3. ELECTRONIC FILING ORDER
4. STANDING PROTECTIVE ORDER
5. EXHIBIT A
6. NOTICE OF OPINION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION
7. REOPRT ON THE FILLING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK
8. ORDER RE: DISCLOSURE STATEMENT
9. SUMMONS IN A CIVIL CASE

On:

Anya Packer

By leaving a True and Attested copy thereof, with my doings there on endorsed with, and served as an **ABODE** service.

On:

Anya Packer<br>Address was verified by a neighbor.

At:

2790 High Ridge Road<br>Stamford, CT 06903

Attest:

George E. Christiansen

On 01-18-2025 I sent a Certified mailing to the above address. Number 9589 0710 5270 2039 3376 73 with return signature card per issuing attorney.

# 11989