AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Kelly Babstock | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:25-cv-00017 |
| Anya Packer et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Anya Packer, Madison Packer, and IHeartMedia + Entertainment, Inc.

Date: 01/28/2025

/s/Nicholas A. Geiger
*Attorney's signature*

Nicholas A. Geiger (ct28060)
*Printed name and bar number*

Cantor Colburn LLP
20 Church Street, 22nd Floor
Hartford, CT 06103
*Address*

ngeiger@cantorcolburn.com
*E-mail address*

(860) 286-2929
*Telephone number*

(860) 286-0115
*FAX number*