UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kelly Babstock, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 3:25-cv-00017-VAB |
| | : | |
| v. | : | |
| | : | |
| Anya Packer, Madison Packer, and | : | |
| IHeartMedia + Entertainment, Inc., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**UNOPPOSED MOTION TO FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendants Anya Packer, Madison Packer, and IHeartMedia + Entertainment, Inc. (collectively, "Defendants"), by and through their undersigned counsel of record, hereby respectfully request a nine (9) day extension of time to and including February 7, 2025 to Defendant IHeartMedia + Entertainment, Inc.'s deadline to answer or otherwise plead in response to Plaintiff Kelly Babstock's ("Plaintiff's") Complaint. Defendants have conferred with counsel for Plaintiff, who has indicated that Plaintiff does not oppose the requested extension of time. In further support, Defendants state as follows:

1. On January 8, Plaintiff served Defendant IHeartMedia + Entertainment, Inc. with the Complaint. Defendants Anya Packer and Madison Packer were later served by Plaintiff on January 17, 2025.

1

2.  Defendant IHeartMedia + Entertainment, Inc.'s Responsive Pleading is currently due on January 29, 2025, and Defendants Anya Packer and Madison Packer's Responsive Pleading is due on February 7, 2025.

3.  By this motion for extension, Defendants seek to extend Defendant IHeartMedia + Entertainment, Inc.'s deadline to file a Responsive Pleading by nine (9) days, making all Defendants' Responsive Pleadings due on February 7, 2025.

4.  Defendants seek this extension in good faith and not for the purposes of delay.

5.  Pursuant to Local Rule 7(b)(2), Defendants state that this is their first request for an extension of time to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(b)(3), Defendants have filed this motion for extension of time as soon as practicable, however, Defendants acknowledge that this motion is filed less than three (3) business days prior to the current deadline for Defendant IHeartMedia + Entertainment, Inc.

6.  Good cause exists for this extension because the parties are currently engaged in settlement discussions to amicably resolve this dispute and avoid further litigation.

7.  Counsel for Defendants has conferred with counsel for Plaintiff. Plaintiff does not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion for Extension of Time to Answer or Otherwise Plead and enter an Order extending Defendant IHeartMedia + Entertainment, Inc.'s deadline to file its Responsive Pleading to Plaintiff's Complaint by a period of nine (9) days, through and including February 7, 2025.

Date: January 28, 2025                                         Respectfully submitted,

/s/ Nicholas A. Geiger
Steven M. Coyle, Esq.
Nicholas A. Geiger, Esq.
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT  06103
Tel: (860) 286-2929
Fax: (860) 286-0115
scoyle@cantorcolburn.com
ngeiger@cantorcolburn.com


Of Counsel:

Julia Matheson (*pro hac vice pending*)
POTOMAC LAW GROUND, PLLC
1717 Pennsylvania Ave., NW
Suite 1025
Washington, DC 20006
Tel: (202) 251-6920
Fax: (202) 318-7707
jmatheson@potomaclaw.com

*Counsel for Defendants*
*Anya Packer, Madison Paker, and*
*IHeartMedia + Entertainment, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served upon counsel of record via the Court's electronic case filing system on January 28, 2025.

                                                      /s/ Nicholas A. Geiger
                                                      Nicholas A. Geiger