IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kelly Babstock, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 3:25-cv-00017-VAB |
| | : | |
| v. | : | |
| | : | |
| Anya Packer, Madison Packer, and | : | |
| iHeartMedia + Entertainment, Inc., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANT IHEARTMEDIA + ENTERTAINMENT, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant iHeartMedia + Entertainment, Inc. ( "iHeartMedia" or "Defendant"), makes the following disclosure:

iHeartMedia + Entertainment, Inc. is a wholly-owned subsidiary of sole parent holding company iHeartMedia, Inc., which is a publicly owned corporation.


Dated:  January 30, 2025            By:*/s/ Nicholas A. Geiger*
                                          Steven M. Coyle, Esq. (ct21039)
                                          Nicholas A. Geiger, Esq. (ct28060)
                                          CANTOR COLBURN LLP
                                          20 Church Street, 22nd Floor
                                          Hartford, CT  06103
                                          Tel: (860) 286-2929
                                          Fax: (860) 286-0115
                                          scoyle@cantorcolburn.com
                                          ngeiger@cantorcolburn.com


                                          Of Counsel:

                                          Julia Matheson (*pro hac vice pending*)
                                          POTOMAC LAW GROUND, PLLC

                    1717 Pennsylvania Ave., NW
                    Suite 1025
                    Washington, DC 20006
                    Tel: (202) 251-6920
                    Fax: (202) 318-7707
                    jmatheson@potomaclaw.com

*Counsel for Defendants*
*Anya Packer, Madison Packer, and*
*IHeartMedia + Entertainment, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 30, 2025, a copy of the foregoing document was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by operation of the CM/ECF system to all parties indicated on the electronic filing receipt.

By: */s/Nicholas A Geiger*
Nicholas A. Geiger

*Counsel for Defendants*
*Anya Packer, Madison Packer, and*
*IHeartMedia + Entertainment, Inc.*