# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kelly Babstock | : | 3:25-cv-00017 |
| Plaintiff | : | |
| v. | : | Joint Motion to Dismiss with Prejudice |
| | : | |
| Anya Packer, Madison Packer, and | : | |
| IHEARTMEDIA + ENTERTAINMENT, | : | |
| INC. | : | |
| Defendants | : | 2025- |

Having fully resolved the dispute that is subject of this litigation, the parties jointly move to dismiss the Complaint (Docket 1) with prejudice.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996
*Counsel for Plaintiff*

s/ Nicholas Geiger
Nicholas A. Geiger ct28060
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT 06103
Tel: (860) 286-2929
Fax: (860) 286-0115
ngeiger@cantorcolburn.com
*Counsel for Defendants*

Of Counsel for Defendants:
Julia Matheson (*pro hac vice pending*)
POTOMAC LAW GROUND, PLLC
1717 Pennsylvania Ave., NW
Suite 1025